

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Jan 13 2006 ★
BROOKLYN OFFICE

DDN:li
F.# 2003R00826

*One Pierrepont Plaza*
*Brooklyn, New York 11201*
*Mailing Address: 147 Pierrepont Street*
*Brooklyn, New York 11201*

December 21, 2005

Honorable John Gleeson
United States District Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

s/John Gleeson

The trial is adjourned to April 24, 2006 @ 9:30 am

Re: **United States v. Phillip Frank**
    Criminal Docket No. 05-CR-40

Dear Judge Gleeson:

This letter is written to request an adjournment of the February 6, 2006 trial date set in the above-referenced case. The defendant joins in this request.

The case was recently reassigned to the undersigned Assistant U.S. Attorney due to Assistant U.S. Attorney Peter Katz's pending departure from the Office. The current trial date conflicts with a family medical need which requires my absence from the Office during the month of February 2006. Defense counsel is requesting a new trial date of April 24, 2006, if acceptable to the Court. This case has been deemed a complex case. Accordingly, it is respectfully requested that the trial date be adjourned until April 24, 2006.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: DEBRA D. NEWMAN
Assistant U.S. Attorney
Tel. 718-254-6193

cc: Jacob R. Evseroff, Esq.